# CASE ANNOUNCEMENTS

*February 11, 2014*

[Cite as *2/11/14 Case Announcements*, 2014-Ohio-454.]

## MOTION AND PROCEDURAL RULINGS

**2013–1551.   Clareshire Court Condominium Unit Owners' Assn. v. Montilla.**
Cuyahoga App. No. 97024, 2013-Ohio-3911.

This cause came on for further consideration upon the filing of appellant's motion for emergency injunction. It is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS